UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CARLOS ROBERTO CARDONA-PERDOMO<br>aka Carlos Roberto Cardona<br>aka Carlos Alberto Cardona Perdomo<br>aka Carlos Roberto Castillo-Perdomo<br>aka Carlos Roberto Perdomo-Castillo<br>aka Carlos Cardona Perdomo<br>aka Carlos Roberto Castillo | § § § § § § § § § § § § § § § § CRIMINAL NO:<br><br>**H 08 0169** |

## ORDER FOR ISSUANCE OF BENCH WARRANT

A  CRIMINAL INDICTMENT  has been returned against the defendant listed below.

It is ORDERED that a warrant be issued for the arrest of said defendant. Upon arrest and appearance, a judicial determination shall be made as to detention or release on conditions. The United States Government recommends to the Court the following:

<u>Defendant</u>

CARLOS ROBERTO CARDONA-PERDOMO

☑ DETENTION
☐ RELEASED ON CONDITIONS
☐ APPEARANCE BOND IN THE AMOUNT OF: $

SIGNED at Houston, Texas, on  March 26, 20 08.

_____
UNITED STATES MAGISTRATE JUDGE